Exhibit A

| *Week Ending:* | 8/28 | 9/4 | 9/11 | 9/18 |
|---|---|---|---|---|
| **OPERATING ACCOUNT** | | | | |
| **BEGINNING BALANCE** | **27,084** | **65,920** | **61,632** | **92,398** |
| *Cash Receipts* | | | | |
| Personal Injury | 8,893 | 8,893 | 8,893 | 8,893 |
| Storm | 37,619 | 37,619 | 37,619 | 37,619 |
| TPC | - | - | - | - |
| TOTAL CASH RECEIPTS | 46,512 | 46,512 | 46,512 | 46,512 |
| *Operating Disbursements* | | | | |
| Payroll (PEO) | - | - | - | - |
| Contractor Pay | - | (6,325) | - | (6,325) |
| Owner Pay | - | (36,667) | - | (36,667) |
| Rent | - | - | - | - |
| Vehicles | - | - | - | (3,500) |
| Utilities | - | (700) | (383) | - |
| Insurance | - | - | (1,331) | - |
| Taxes | | | | |
| Printing & Postage | (50) | (50) | (4,397) | (50) |
| Information Technology | (2,126) | (1,558) | (4,136) | (1,694) |
| Office Supplies & Expenses | (500) | (500) | (500) | (500) |
| Advanced Case Expenses | (2,500) | (2,500) | (2,500) | (2,500) |
| Other G&A | (2,500) | (2,500) | (2,500) | (2,500) |
| TOTAL OPERATING DISBURSEMENTS | (7,676) | (50,800) | (15,746) | (53,735) |
| **RESERVE FOR FUTURE CAMPAIGNS** | - | - | - | - |
| **OPERATING CASH FLOW** | **38,836** | **(4,288)** | **30,765** | **(7,223)** |
| *Bankruptcy Disbursements* | | | | |
| Debtor's Counsel - Hayward | | | | |
| Debtor's Counsel - Dykema | | | | |
| Debtor's Special Litigation Counsel | | | | |
| Debtor's FA - Harney | | | | |
| Claims Agent - Stretto | | | | |
| UCC Professionals | | | | |
| Utility Adequate Protection Reserve | | | | |
| Secured Lender Adequate Protection | | | | |
| US Trustee Fees (Quarterly) | | | | |
| TOTAL BANKRUPTCY DISBURSEMENTS | - | - | - | - |
| **TOTAL CASH FLOW** | **38,836** | **(4,288)** | **30,765** | **(7,223)** |
| **ENDING BALANCE** | **65,920** | **61,632** | **92,398** | **85,174** |