**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **IN RE:**<br><br>**CRISTÓBAL M. GALINDO, P.C.**<br>**D/B/A GALINDO LAW FIRM,**<br><br>**Debtor.**[1] | **Chapter 11**<br><br>**Case No. 26-90764 (ARP)** |

## CERTIFICATE OF SERVICE

I, Andrew K. Fitzpatrick, depose and say that I am employed by Stretto, the claims, noticing, and solicitation agent for the Debtor in the above-captioned case.

On September 1, 2026, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Debtor's Emergency Motion for Entry of an Order (I) Approving Assumption of Legal Services Agreement; and (II) Granting Related Relief** (Docket No. 51)
- **Amended Notice of Virtual Hearing** (Docket No. 53)

Dated: September 2, 2026

*/s/ Andrew K. Fitzpatrick*
Andrew K. Fitzpatrick
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 833-415-9777
Email: TeamGalindo@stretto.com

[1] The Debtor's address is 18000 Groeschke Road, Suite A-7, Houston, Texas 77084, and the last four digits of the Debtor's federal tax identification number is 5859.

# Exhibit A

STRETTO

# Exhibit A

Served via First-Class Mail

| Name | Attention | Address 1 | City | State | Zip | Country |
|---|---|---|---|---|---|---|
| Front Face Business, S.A. DE C.V. | Attn: Legal Department | Avenida Insurgentes Sur number 64 Colonia Juárez | Cuauhtémoc Delegation | | 06600 | Mexico |
| Internal Revenue Service (IRS) | Attn: Centralized Insolvency Operation | 1111 Constitution | Washington | DC | 20004 | |
| JBSL | | 100 Mamaroneck Ave | Mamaroneck | NY | 10543 | |
| Mediation Center of Texas | | 817 N Thompson St | Conroe | TX | 77301 | |
| Office of the United States Trustee | Attn: Ha Minh Nguyen | 515 Rusk Street, Suite 3516 | Houston | TX | 77002 | |
| Performance Reporters, Inc | | 201 East Birch AvenueSuite 9 | Flagstaff | AZ | 86001 | |
| RLN Legal LLC | | Urb Riviera Village #70 Calle Central Park | Bayamon | PR | 00959 | |
| Steno Agency, Inc | | PO Box 876 | Redondo Beach | CA | 90277 | |
| Texas Office of the Attorney General | | 300 W 15TH ST | Austin | TX | 78701 | |
| U.S. Attorney's Office for the Southern District of Texas | Attn: Civil Process Clerk | 1000 Louisiana Street, Suite 2300 | Houston | TX | 77002 | |

# Exhibit B

STRETTO

# Exhibit B

Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Alerus FInancial | Attn: ARB Fee Processing | | alerus@alerus.com |
| Alpha Seven LLC | Attn: Accounting | | accounting@sierracharliegroup.com |
| ATTOM Data Solutions | | | accountsreceivable@attomdata.com |
| Bankler Partners Ltd | | | accounting@bankler.com |
| Clayton Blehm | | | Email Address Redacted |
| CMG Funding 2025 LLC | Attn: Legal Department | | ayal@deerfinance.com |
| CMG Funding 2025 LLC | c/o McDermott Will & Schulte LLP | Attn: Adam Harris, Reuben E. Dizengoff | acharris@mcdermottlaw.com<br>rdizengoff@mcdermottlaw.com |
| CMG Funding 2025 LLC | c/o Paul Hastings LLP | Attn: Craig Stanfield | craigstanfield@paulhastings.com |
| CMG Funding 2025 LLC | c/o Paul Hastings LLP | Attn: Kristopher M. Hansen, Jon Canfield, Daniel Ginsberg | krishansen@paulhastings.com<br>joncanfield@paulhastings.com<br>danielginsberg@paulhastings.com |
| Cristobal M. Galindo, individually | c/o Kane Russell Coleman Logan PC | Attn: Mark C. Taylor | mtaylor@krcl.com |
| Crm Debugzone Private Limited | Attn: Legal Department | | info@crmdebugzone.com |
| Crockett Law PC | Attn: Legal Department | | brian@crockettlawfirm.com |
| Damage Resources LLC | Attn: Accounting | | accounting@sierracharliegroup.com |
| Decibel Advertising, LLC | Attn: Accounting | | accounting@decibeladvertising.com |
| Deer Finance, LLC | Attn: Legal Department | | lawrence@deerfinance.com |
| Dodson & Hooks, LLC | | | specialmasterkhh@dodsonhooks.com |
| DRS Professional Services LLC | Attn: Legal Department | | operations@drsproservice.com |
| Dykema Gossett PLLC | Attn: Danielle R. Behrends, Deborah D. Williamson | | dbehrends@dykema.com<br>dwilliamson@dykema.com |
| Epiq eDiscovery Solutions Inc | | | billing@epiqglobal.com |
| Filevine | | | cassondrabaker@filevine.com |
| Front Face Business, S.A. DE C.V. | Attn: Legal Department | | quinn@ggrinc.com |
| Hayward PLLC | Attn: Charlie Shelton | | cshelton@haywardfirm.com |
| JBSL | | | jbslinfo@jbsllitin.com |
| K & M of VA, Inc DBA 4Convergence | | | mike@4converge.com |
| K & M of VA, Inc. d/b/a 4Convergence | Attn: Legal Department | | clientsupport@4converge.com |
| Lakeway Associates LLC/Greater Lakeside Corporation | | | mail@notify.onecallnow.com |
| Legal Hub | | | fls@famouslegalservices.com |
| LexisNexis Risk Data Management LLC | | | lnbilling@lexisnexisrisk.com |
| Litify LLC | Attn: Legal Department | | billing@litify.com |
| Mac Murray & Shuster | Attn: Legal Department | | mkamer@mslawgroup.com |
| Pajaro Uno LLC | Attn: Legal Department | | accounting@sierracharliegroup.com |
| PNC Ai/RGHLC LLC | | | billing@pncai.com |
| Poynor Group LLC | | | david@poynorgroup.com |
| Province Fiduciary Services LLC | Attn: Legal Department | | apopescu@provincefirm.com |
| RLN Legal LLC | | | raquel@galindolaw.com |
| Ruth A. Van Meter P.C. | Attn: Legal Department | | ruth@vanmeterlaw.com |
| Sergio De La Canal | Attn: Legal Department | | sergio@sierracharliegroup.com |

STRETTO

# Exhibit B

Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Sergio De La Canal, Decibel Advertising, LLC, Pajaro Uno LLC, Damage Resources LLC, Damage Reports, LLC, Decibel Legal Services LLC, Alpha Seven LLC, Twin Diamond LLC, and Triple Crown Aviation LLC | c/o Norton Rose Fulbright US LLP | Attn: Jason L. Boland, Julie G. Harrison | jason.boland@nortonrosefulbright.com julie.harrison@nortonrosefulbright.com |
| Sergio De La Canal, Decibel Advertising, LLC, Pajaro Uno LLC, Damage Resources LLC, Damage Reports, LLC, Decibel Legal Services LLC, Alpha Seven LLC, Twin Diamond LLC, and Triple Crown Aviation LLC | c/o Rusty Hardin & Associates, LLP | Attn: Rusty Hardin, Joe Roden, Megan C. Moore | rhardin@rustyhardin.com jroden@rustyhardin.com mmoore@rustyhardin.com |
| SLP Strategic Litigation Partners | Attn: Legal Department | | dmiller@slplegal.com |
| The Geisheker Group, Inc. | | | peter@geisheker.com |
| The Mott Law Firm, PLLC | Attn: Legal Department | | mlm@mottlawpc.com |
| Torri's Legal Solutions | | | torri@torrilegalservices.com |
| Twin Diamond LLC | Attn: Accounting | | accounting@sierracharliegroup.com |
| Umari Law PLLC | | | basil@umarilaw.com |